UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:11-MJ-279-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING ADMISSION** |
| | ) | *PRO HAC VICE* |
| EDWIN JAVIER FRAUSTO TORRES, | ) | |
| Defendant | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) concerning Matthew J. Kappel, filed July 20, 2011. Mr. Kappel seeks to appear as counsel *pro hac vice* for Defendant Edwin Javier Frausto Torres.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Kappel is admitted to appear before this court *pro hac vice* on behalf of Defendant Edward Javier Frausto Torres.

**SO ORDERED**.

Signed: July 29, 2011

David C. Keesler
United States Magistrate Judge